UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HUY YING CHEN,

                Appellant,

v.

THE BANK OF NEW YORK MELLON TRUST COMPANY NA, *et al.*,

                Appellees.

Case No. C22-1231-RSM

ORDER

This matter comes before the Court *sua sponte*. Appellant, proceeding *pro se*, filed this bankruptcy appeal on September 1, 2022. Dkt. #1. On September 29, 2022, the Clerk for the U.S. Bankruptcy Court filed a notice of deficiency of appeal because Appellant failed to designate the record and failed to file a statement of issues. Dkt. #7. Appellant corrected these deficiencies, and a briefing schedule was set. *See* Dkt. #8. Appellant's brief was due by November 29, 2022, Appellee's response brief was due by December 29, 2022, and Appellant's reply brief was due by January 12, 2023. *Id.* However, the Certificate of Bankruptcy Record on Appeal, Dkt. #8, which included the briefing schedule, was never mailed to Appellant. On March 9, 2023, the Court noted this appeal and mailed Appellant a notice of electronic filing via USPS. Dkt. #9.

ORDER - 1

Accordingly, the Court sets a revised briefing schedule. Appellant's Brief is due April 13, 2023, Appellee's Response Brief is due May 15, 2023, and Appellant's Reply Brief is due May 29, 2023. The Clerk of Court is directed to re-note the Bankruptcy Appeal on the Court's calendar for Tuesday, May 30 2023. The Clerk of Court is also directed to mail a copy of this order to Appellant via USPS.

DATED this 9th day of March, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2