UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUY YING CHEN, <br><br> Appellant, <br><br> v. <br><br> THE BANK OF NEW YORK MELLON TRUST COMPANY NA, *et al.* <br><br> Appellees. | Case No. C22-1231-RSM <br><br> ORDER |

This matter comes before the Court on *pro se* Appellant's Motion for Extension of Time for Filing Appellant's Brief (Dkt. #13) and Appellant's Motion for Extension of Time for Filing Appellant's Reply Brief, which was filed twice (Dkts. #16–17). Appellees have not filed responses to either motion.

On March 9, 2023, the Court set a revised briefing schedule, wherein Appellant's Brief was due on April 13, 2023, Appellees' Response Briefs were due May 15, 2023, and Appellant's Reply Brief was due May 29, 2023. Dkt. #10.

Appellant filed its opening brief on April 14, 2023,—one day late—with the accompanying Motion for Extension of Time. Dkts. #12–13. Appellees still filed their response

ORDER - 1

briefs in a timely manner on May 15, 2023.  Dkts. #14–15.  On May 26, 2023, Appellant filed two identical Motions for Extension of Time to File Appellant's Reply Brief.  Dkts. #16–17.

Pursuant to the discretion afforded to the Court under F.R.B.P. 9006(b)(1) the Court finds and orders:

1) Appellant's Motion for Extension of Time for Filing Appellant's Brief (Dkt. #13) is GRANTED;

2) The Court will accept Appellant's late filing of its opening brief (Dkt. #12) and Appellant need not refile said brief;

3) Appellant's Motions for Extension of Time for Filing Appellant's Reply Brief (Dkts. #16–17) are GRANTED;

4) Appellees' Reply Brief will be due June 12, 2023;

5) The Court will not grant any more motions for extension of time for Appellant;

6) The Clerk is respectfully directed to re-note the Bankruptcy Appeal (Dkt. #9) for June 12, 2023.

DATED this 31st day of May, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2